B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Ernest J. Abad Santos; dba Prestigious Collections
Arleen U. Abad Santos, Case No. 19-41951

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Trust National Association, as Trustee of the Lodge Series III Trust
_____
Name of Transferee

U.S. Trust National Association, as Trustee of the Lodge Series III Trust
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #: 2159

Court Claim # (if known): 6-2
Amount of Claim: $229,568.56
Date Claim Filed: 10/15/2019

Phone: _____
Last Four Digits of Acct. #: 0002

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile
    Transferee/Transferee's Agent

Date: 02/17/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.